

# AFTAB PUREVAL
# HAMILTON COUNTY CLERK OF COURTS

## COMMON PLEAS DIVISION

ELECTRONICALLY FILED
October 25, 2019 10:33 AM
AFTAB PUREVAL
Clerk of Courts
Hamilton County, Ohio
CONFIRMATION 890784

**SAMANTHA CRACCHIOLO**                    **A 1905117**

vs.

**KINGSBURY TRUCKING LLC**

**FILING TYPE: INITIAL FILING (IN COUNTY) WITH NO JURY DEMAND**

**PAGES FILED: 20**

EFR200



EXHIBIT
A

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| SAMANTHA CRACCHIOLO<br>608 WOODBLUFF LANE<br>HARRISON, OHIO 45030<br><br>And<br><br>MAYA CRACCHIOLO, individually,<br>By and through SAMANTHA<br>CRACCHIOLO, mother and<br>Natural Guardian<br>608 WOODBLUFF LANE<br>HARRISON, OHIO 45030<br><br>   Plaintiff,<br><br>   vs.<br><br>KINGSBURY TRUCKING, LLC<br>8426 Route 957<br>Sugar Grove, PA 16350<br><br>And<br><br>DOUGLAS BRUCE KINGSBURY<br>8426 Route 957<br>Sugar Grove, PA 16350<br><br>Also Serve:<br><br>Statutory Agent<br>Eric Beery<br>5025 Arlington Center Blvd, Suite 55<br>Columbus, Ohio 43220<br>   Defendants. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Case No._____<br><br><br><br><br><br><br><br>Judge _____<br><br><br>**COMPLAINT AND<br>FIRST SET OF INTERROGATORIES<br>AND REQUEST FOR PRODUCTION<br>OF DOCUMENTS TO DEFENDANTS** |

*Jeffrey S. Bakst
& Associates, LLC*
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

  Now comes the Plaintiffs, by and through counsel, and as and for their cause of action against the Defendants, states as follows:

-1-

## COUNT ONE

1. Plaintiffs Samantha Cracchiolo and Maya Cracchiolo currently reside at 608 Woodbluff Lane, Harrison, Ohio 45030, and has so resided at all relevant times herein.

2. Plaintiff, Samantha Cracchiolo is the mother and legal guardian of Plaintiff, Maya Cracchiolo.

3. Defendant, Kingsbury Trucking LLC is a corporation located at 8426 Route 957, Sugar Grove, PA 16350, and doing business in Chester County, Ohio.

4. Defendant, Douglas Bruce Kingsbury, resides at 8426 Route 957, Sugar Grove, PA 16350, and has so during all relevant times herein.

5. Defendant Douglas Bruce Kingsbury is the owner and operator of Kingsbury Trucking LLC.

6. On November 5, 2017, Plaintiff, Samantha Cracchiolo, was traveling southwest on Interstate 71.

7. On November 5, 2017, Defendant, Douglas Bruce Kingsbury, owner and operator of Kingsbury Trucking LLC was traveling in the scope of his employment southwest on Interstate 71 when he failed to maintain the assured clear distance ahead, striking the Plaintff's car in the rear causing injuries to the Plaintiffs.

8. Douglas Bruce Kingsbury was an owner or employee of Defendant, Kingsbury Trucking LLC and was acting in the course and scope of such ownership or employment when he negligently struck the rear of the Plaintiffs vehicle.

9. Defendant, Kingsbury Trucking LLC is liable for the negligence of Douglas Bruce Kingsbury who, in the course and scope of his ownership and/or employment struck the Plaintiff, vehicle.

Jeffrey S. Bakst
& Associates, LPG
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

10. Defendant, Douglas Bruce Kingsbury, owed the Plaintiff and the general public a duty to operate his vehicle in a reasonably prudent fashion, to maintain control of his vehicle, and to maintain the assured clear distance ahead.

11. Defendant, Douglas Bruce Kingsbury negligently breached these duties that she owed Plaintiff, Samantha Cracchiolo in the following ways: a) Douglas Bruce Kingsbury failed to maintain assured clear distance ahead; b) Douglas Bruce Kingsbury failed to maintain reasonable control of his vehicle; c) and Douglas Bruce Kingsbury operated his automobile in a grossly negligent and reckless manner.

12. As a direct and proximate result of Defendant Douglas Bruce Kingsbury's negligence, Plaintiff, Samantha Cracchiolo, has sustained severe and permanent injuries and has incurred medical expenses in an amount yet to be determined and shall continue to incur medical expenses in the future with reasonable medical certainty; Plaintiff, Samantha Cracchiolo, has further sustained past pain and suffering and will continue to do so into the future with reasonable medical certainty; Plaintiff, Samantha Cracchiolo, has further sustained past lost wages and shall continue to do so into the future and shall further lose wages into the future with reasonable certainty; Plaintiff, Samantha Cracchiolo, has also suffered a loss of earning capacity and will continue to do so into the future with reasonable certainty.

13. Plaintiff, Samantha Cracchiolo is entitled to judgment against Defendant, Douglas Bruce Kingsbury in an amount yet to be determined, but in excess of $25,000.00 and in excess of the jurisdictional limits of this Court.

## COUNT TWO

## CLAIMS FOR PLAINTIFF MAYA CRACCHIOLO AGAINST DEFENDANT DOUGLAS BRUCE KINGSBURY

Jeffrey S. Bakst
& Associates, LLC
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

14. Plaintiffs hereby incorporate Paragraphs 1 through 13 as though fully rewritten herein.

15. On November 5, 2019, Plaintiff, Maya Cracchiolo, was in passenger in a vehicle driven my her mother, Samantha Cracchiolo, traveling southwest on I-71, when the Defendant, Douglas Bruce Kingsbury failed to maintain assured clear distance ahead and rear ended Plaintiff's vehicle, causing injuries to Maya Cracchiolo.

16. Defendant, Douglas Bruce Kingsbury, owed the Plaintiffs and the general public a duty to operate his vehicle in a reasonably prudent fashion, to maintain control of his vehicle, and to maintain the assured clear distance ahead.

17. Defendant, Douglas Bruce Kingsbury, negligently breached these duties that he owed Plaintiff in the following ways: a) Douglas Bruce Kingsbury failed to maintain assured clear distance ahead; b) Douglas Bruce Kingsbury failed to maintain reasonable control of his vehicle; c) and Douglas Bruce Kingsbury operated his automobile in a grossly negligent and reckless manner.

18. As a direct and proximate result of Defendant Douglas Bruce Kingsbury's negligence, Plaintiff, Maya Cracchiolo, has sustained severe and permanent injuries and has incurred medical expenses in an amount yet to be determined and shall continue to incur medical expenses in the future with reasonable medical certainty; Plaintiff, Maya Cracchiolo has further sustained past pain and suffering and will continue to do so into the future with reasonable medical certainty; Plaintiff, Maya Cracchiolo, has further sustained past lost wages and shall continue to do so into the future and shall further lose wages into the future with reasonable certainty; Plaintiff, Maya Cracchiolo, has also suffered a loss of earning capacity and will continue to do so into the future with reasonable certainty.

Jeffrey S. Bakst
& Associates, LPC
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

19. Plaintiff, Maya Cracchiolo is entitled to judgment against Defendant, Douglas Bruce Kingsbury in an amount yet to be determined, but in excess of $25,000.00 and in excess of the jurisdictional limits of this Court.

## COUNT THREE

## PLAINTIFF, SAMANTHA CRACCHIOLO'S

## CLAIMS AGAINST KINGBURY TRUCKING LLC /RESPONDEAT SUPERIOR

20. Plaintiffs hereby incorporate paragraphs 19 as though fully rewritten herein.

21. Defendant, Kingsbury Trucking LLC was the employer of Douglas Bruce Kingsbury on November 5, 2017.

22. At the time of the accident, the Defendant Douglas Bruce Kingsbury was in the scope of his employment for the Defendant, Kingsbury Trucking LLC.

23. Defendant, Kingsbury Trucking LLC is vicariously liable for the negligence of Defendant Douglas Bruce Kingsbury and responsible for the damages to the Plaintiff, Samantha Cracchiolo

24. As a direct and proximate result of the Defendant Kingsbury Trucking LLC employee, Douglas Bruce Kingsbury, the Plaintiff, Samantha Cracchiolo has suffered permanent and disabling injuries.

25. As a direct and proximate result of Kingsbury Trucking LLC employee's negligence, Plaintiff, Samantha Cracchiolo sustained severe and permanent injuries and has incurred medical expenses in an amount yet to be determined, and shall continue to incur medical expenses into the future with reasonable medical certainty; Plaintiff, Samantha Cracchiolo has further sustained past pain and suffering and will continue to do so into the future with reasonable medical certainty; Plaintiff, Samantha Cracchiolo has further sustained past lost wages and shall continue to do so into the future with reasonable certainty; Plaintiff, Samantha

Jeffrey S. Bakst
& Associates, LLC
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

-5-

Cracchiolo has also suffered a loss of earning capacity and will continue to do so into the future with reasonable certainty.

26. Plaintiff, Samantha Cracchiolo is entitled to judgment against Defendant, Kingsbury Trucking LLC in an amount yet to be determined, but in excess of $25,000.00 and in excess of the jurisdictional limits of this Court, as and for vicarious liability.

## COUNT FOUR

## PLAINTIFF, MAYA CRACHIOLO'S

## CLAIMS AGAINST KINGSBURY TRUCKING LLC /RESPONDEAT SUPERIOR

27. Plaintiff hereby incorporates paragraphs 26 as though fully rewritten herein.

28. Defendant, Kingsbury Trucking LLC was the employer of Douglas Bruce Kingsbury on November 5, 2017.

29. At the time of the accident, the Defendant Douglas Bruce Kingsbury was in the scope of his employment for the Defendant, Kingsbury Trucking LLC.

30. Defendant, Kingsbury Trucking LLC is vicariously liable for the negligence of Defendant Douglas Bruce and responsible for the damages to the Plaintiff, Maya Cracchiolo.

31. As a direct and proximate result of the Defendant Kingsbury Trucking LLC employee, Douglas Bruce Kingsbury, the Plaintiff, Maya Cracchiolo has suffered permanent and disabling injuries.

32. As a direct and proximate result of Kingsbury Trucking LLC employee's negligence, Plaintiff, Maya Cracchiolo sustained severe and permanent injuries and has incurred medical expenses in an amount yet to be determined, and shall continue to incur medical expenses into the future with reasonable medical certainty; Plaintiff, Maya Cracchiolo has further sustained past pain and suffering and will continue to do so into the future with reasonable medical certainty; Plaintiff, Maya Cracchiolo has further sustained past lost wages and shall continue to

*Jeffrey S. Bakst*
*& Associates, LPC*
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

-6-

do so into the future with reasonable certainty; Plaintiff, Maya Cracchiolo has also suffered a loss of earning capacity and will continue to do so into the future with reasonable certainty.

33. Plaintiff, Maya Cracchiolo is entitled to judgment against Defendant Kingsbury Trucking LLC in an amount yet to be determined, but in excess of $25,000.00 and in excess of the jurisdictional limits of this Court, as and for vicarious liability.

**WHEREFORE**, Plaintiffs pray for judgment against Defendants in the excess of $25,000.00 as and for Plaintiffs First Count; Plaintiffs pray for judgment against Defendant in the excess of $25,000.00 as and for Plaintiffs Second Count; Plaintiffs pray for judgment against Defendant in the excess of $25,000.00 as and for Plaintiffs Third Count; Plaintiffs pray for judgment against Defendant in the excess of $25,000.00 as and for Plaintiffs Fourth Count and Plaintiffs further pray for all relief that they may be entitled to either legal and/or equitable.

Respectfully submitted,

Michael A. Cook (0059361)
Jeffrey S. Bakst & Associates
Trial Attorneys for Plaintiff
2406 Auburn Avenue
Cincinnati, Ohio 45219
(513) 381-2221
(513) 977-5595 – fax

*Jeffrey S. Bakst*
*& Associates, LLC*
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

-7-

## INSTRUCTIONS TO CLERK

Please serve a copy of the Complaint and First Set of Interrogatories and Requests for Production of Document on Defendants at the addresses identified in the above caption by Certified Mail, Return Receipt Requested.

_____
Michael A. Cook

Jeffrey S. Bakst
& Associates, LLC
ATTORNEYS AT LAW
2406 AUBURN AVENUE
CINCINNATI, OHIO 45219-2702
381-2221

-8-

```
                    COURT OF COMMON PLEAS
                    HAMILTON COUNTY, OHIO
```

**SAMANTHA CRACCHIOLO**
    PLAINTIFF

                                                         Use below number on
                                                         all future pleadings

    -- vs --

                                                          No.  A 1905117
                                                                      SUMMONS

**KINGSBURY TRUCKING LLC**
    DEFENDANT


    KINGSBURY TRUCKING LLC
    8426 ROUTE 957                        D - 1
    SUGAR GROVE PA 16350



You are notified
that you have been named Defendant(s) in a complaint filed by

    SAMANTHA CRACCHIOLO
    608 WOODBLUFF LANE
    HARRISON OH 45030

                                                                                       Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,**
**CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney             AFTAB PUREVAL
MICHAEL A COOK                             Clerk, Court of Common Pleas
2406 AUBURN AVE                             Hamilton County, Ohio
CINCINNATI          OH
45219-2702

                                                              By   RICK HOFMANN
                                                                         Deputy

                                                        Date:   October 29, 2019

D127046069



EXHIBIT
B

```
                    COURT OF COMMON PLEAS
                    HAMILTON COUNTY, OHIO
```

SAMANTHA CRACCHIOLO
   **PLAINTIFF**

                                            Use below number on
                                            all future pleadings
   -- vs --
                                     No.   A 1905117
                                              SUMMONS

KINGSBURY TRUCKING LLC
   **DEFENDANT**

   DOUGLAS BRUCE KINGSBURY
   8426 ROUTE 957                     D - 2
   SUGAR GROVE PA 16350


You are notified
that you have been named Defendant(s) in a complaint filed by

   SAMANTHA CRACCHIOLO
   608 WOODBLUFF LANE
   HARRISON OH 45030

                                                      Plaintiff(s)
in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET  ROOM 315, CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.


Name and Address of attorney             AFTAB PUREVAL
MICHAEL A COOK                           Clerk, Court of Common Pleas
2406 AUBURN AVE                              Hamilton County, Ohio
CINCINNATI         OH
45219-2702

                                      By   RICK HOFMANN
                                                              Deputy

                                      Date:   October 29, 2019

D127046071


VERIFY RECORD

```
                   COURT OF COMMON PLEAS
                   HAMILTON COUNTY, OHIO
```

SAMANTHA CRACCHIOLO
**PLAINTIFF**

Use below number on
all future pleadings

-- vs --

No.  A 1905117
SUMMONS

KINGSBURY TRUCKING LLC
**DEFENDANT**

```
    KINGSBURY TRUCKING LLC
    STATUTORY AGENT ERIC BEERY         D - 1
    5025 ARLINGTON CENTER BLVD #55
    COLUMBUS OH 43220
```

You are notified
that you have been named Defendant(s) in a complaint filed by

```
    SAMANTHA CRACCHIOLO
    608 WOODBLUFF LANE
    HARRISON OH 45030
```

Plaintiff(s)

in the Hamilton County, COMMON PLEAS CIVIL Division,
**AFTAB PUREVAL, 1000 MAIN STREET   ROOM 315,
CINCINNATI, OH 45202.**
You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff, if he/she has no attorney of record, a
copy of an answer to the complaint within twenty-eight (28) days after
service of this summons on you, exclusive of the day of service. Your
answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

Further, pursuant to Local Rule 10 of Hamilton County, you are also required to
file a Notification Form to receive notice of all future hearings.

If you fail to appear and defend, judgement by default will be rendered
against you for the relief demanded in the attached complaint.

```
Name and Address of attorney            AFTAB PUREVAL
MICHAEL A COOK                          Clerk, Court of Common Pleas
2406 AUBURN AVE                             Hamilton County, Ohio
CINCINNATI        OH
45219-2702
                                        By   RICK HOFMANN
                                                           Deputy

                                        Date:   October 29, 2019
```

D127046079


VERIFY RECORD